IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LESTER JOSEPH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-15-1001 |
| | § | |
| NATION STAR MORTGAGE, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The plaintiff in this mortgage foreclosure case, Lester Joseph, has moved for a temporary restraining order to prevent Nation Star from foreclosing and an injunction permanently barring Nation Star from foreclosing. (Docket Entry No. 12). The motion for a temporary restraining order is denied as moot in light of the fact that Nation Star does not seek to foreclose before this litigation is complete. The motion for a permanent injunction, the relief sought in this case, is denied without prejudice to reurge, if appropriate, at a later date.

SIGNED on July 27, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge